# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDDY CHRISPIN,<br>    *Plaintiff*,<br><br>v.<br><br>MICHAEL A. COX, individually and in his capacity as Commissioner of the Boston Police Department,<br>    *Defendant*. | Civil Action No. 1:25-cv-10793-ADB |

## NOTICE OF APPEARANCE

CLERK OF THE COURT, kindly note the entry of appearance of Joseph B. Hernandez on behalf of the Plaintiff. Thank you.

Respectfully submitted,

*/s/ Joseph B. Hernandez*
_____
Joseph B. Hernandez (BBO # 704223)
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
(617) 482-8200
jbhernandez@connkavanaugh.com

Dated: August 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on August 15, 2025 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Joseph B. Hernandez*
Joseph B. Hernandez