**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

|                                              |   |                                      |
|----------------------------------------------|---|--------------------------------------|
| EDDY CHRISPIN,                               | ) |                                      |
|     *Plaintiff*,         | ) |                                      |
|                                              | ) |                                      |
| v.                                           | ) |                                      |
|                                              | ) | Civil Action No. 1:25-cv-10793-ADB   |
| MICHAEL A. COX, individually and in          | ) |                                      |
| his capacity as Commissioner of the          | ) |                                      |
| Boston Police Department,                    | ) |                                      |
|     *Defendant*.         | ) |                                      |

_____ )

## <u>PLAINTIFF'S REQUEST FOR HEARING ON DEFENDANT'S MOTION TO DISMISS</u>

Pursuant to LR 7.1(d), plaintiff Eddy Chrispin respectfully requests that the Court

schedule a hearing to consider Defendant's Motion to Dismiss.  Plaintiff believes that oral

argument may assist the Court in considering the issues presented in the Motion.

Respectfully submitted,

EDDY CHRISPIN,

By his attorneys,

*/s/ Andrew R. Dennington*
_____
Andrew R. Dennington (BBO # 666892)
Joseph B. Hernandez (BBO # 704223)
CONN KAVANAUGH ROSENTHAL PEISCH &
FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
(617) 482-8200
adennington@connkavanaugh.com
jbhernandez@connkavanaugh.com

and

*/s/ Sophia L. Hall*

_____

Sophia L. Hall (BBO # 684541)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Floor 5
Boston, MA 02110
(617) 482-1145
shall@lawyersforcivilrights.com


Dated: August 18, 2025


## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on August 18, 2025 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Andrew R. Dennington*
Andrew R. Dennington (BBO # 666892)