**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |
|---|
| EDDY CHRISPIN,<br>　　　　　*Plaintiff*,<br><br>v.<br><br>MICHAEL A. COX, individually and in his<br>official capacity as Commissioner of the<br>Boston Police Department,<br>　　　　　*Defendant.* |

No. 1:25-cv-10793-ADB

### JOINT MOTION FOR MOTION TO DISMISS BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Michael A. Cox, individually and in his official capacity as Commissioner of the Boston Police Department, and Plaintiff Eddy Chrispin (together, the "Parties") jointly request that the Court adopt the following briefing schedule for Motion to Dismiss briefing.

As grounds, Defendant states that Plaintiff filed an Amended Complaint on April 17, 2026 (ECF No. 19) following dismissal of Plaintiff's original Complaint on March 30, 2026 (ECF No. 18). Defendant requires additional time to respond to Plaintiff's Amended Complaint, which revises the counts alleged and adds several new paragraphs. The current deadline for Defendant to respond to the Amended Complaint is May 1, 2026. The Parties propose the following briefing schedule:

- Responsive pleading due **May 18, 2026**

- Opposition due **June 15, 2026**

- Reply due **July 6, 2026**

WHEREFORE, the Parties respectfully request that the Court allow this motion and order the briefing schedule set forth above.

Dated: April 29, 2026

Respectfully submitted,

MICHAEL A. COX, individually and in his official capacity as Commissioner of the Boston Police Department,

By his attorney,

*/s/ Joshua C. Sharp*
Brian T. Kelly (BBO #549566)
Joshua C. Sharp (BBO # 681439)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1065
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com

and

EDDY CHRISPIN,

By his attorneys,

*/s/ Andrew R. Dennington*
Andrew R. Dennington (BBO # 666892)
Joseph B. Hernandez (BBO # 704223)
CONN    KAVANAUGH    ROSENTHAL
PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
(617) 482-8200
adennington@connkavanaugh.com
jbhernandez@connkavanaugh.com

Sophia L. Hall (BBO #684541)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Floor 5
Boston, MA 02110
(617) 482-1145
shall@lawyersforcivilrights.com

2

**RULE 7.1 CERTIFICATION**

I hereby certify that all counsel assent to this motion.

/s/ Joshua C. Sharp
Joshua C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed electronically on April 29, 2026 and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Joshua C. Sharp
Joshua C. Sharp